| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Gary R. Wallace, Esq.<br>10801 National Boulevard, Suite 100<br>Los Angeles, CA 90064<br>T: (310) 571-3511<br>Email: garyrwallace@ymail.com<br><br>Joseph Daneshrad, Esq.<br>Daneshrad Law Firm, APC<br>12400 Wilshire Boulevard, Suite 400<br>Los Angeles, CA 90025<br>T: (310) 447-3553/Email: daneshrad@yahoo.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Appellant Epco Consultants, Inc. | FILED<br>CLERK, U.S. DISTRICT COURT<br>**8/13/20**<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: **CS** DEPUTY<br><br>CV20-7298-JGB |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>Crescent Associates, LLC<br><br><br><br><br>Debtor(s). | CASE NO.: 2:18-bk-20654-WB<br><br>ADVERSARY NO.: 2:19-ap-01199-WB<br>(*if applicable*)<br><br>CHAPTER: 11 |
|---|---|
| Crescent Associates, LLC<br><br><br>Plaintiff(s) (*if applicable*).<br>vs.<br>Epco Consultants, Inc.<br><br><br><br><br>Defendant(s) (*if applicable*). | **NOTICE OF APPEAL**<br>**AND STATEMENT OF ELECTION** |

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): Epco Consultants, Inc.

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
☐ Plaintiff
☒ Defendant
☐ Other (*describe*):

For appeals in a bankruptcy case and not in an adversary proceeding.
☐ Debtor
☐ Creditor
☐ Trustee
☐ Other (*describe*):

---

December 2018 | Page 1 | Official Form 417A

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:
Judgment dated August 6, 2020 granting summary judgment in the above-captioned adversary proceeding.

2. The date the judgment, order, or decree was entered: 08/06/2020

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (*attach additional pages if necessary*):

1. Party: Defendant/Appellant Epco Consultants, Inc.

    Attorney:

    Joseph Daneshrad, Esq.
    Daneshrad Law Firm, APC
    12400 Wilshire Boulevard, Suite 400
    Los Angeles, CA 90025
    T: (310) 447-3553/Email: daneshrad@yahoo.com

2. Party: Plaintiff/Appellee Crescent Associates, LLC

    Attorney:

    Stephen A. Morris, Esq., SBN 126193
    Jonathan M. Deer, Esq., SBN 164837
    Turner Friedman Morris & Cohan, LLP
    8383 Wilshire Blvd., Suite 510
    Beverly Hills, CA 90211
    T: (310) 653-3900

    Robert M. Yaspan, Esq., SBN 051867
    Joseph G. McCarty, Esq., SBN 151020
    Law Offices of Robert M. Yaspan
    21700 Oxnard Street, Suite 1750
    Woodland Hills, CA 91367
    T: (818) 905-7711

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

*/s/ Gary R. Wallace*     Date: 08/12/2020
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

**[Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

December 2018                                    Page 2                                  Official Form 417A

ATTACHMENT "1" TO NOTICE OF APPEAL – FILE-STAMPED
COPY OF ENTERED ORDER

FILED & ENTERED

AUG 06 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoar DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA—LOS ANGELES DIVISION

| | |
|---|---|
| In re: | CHAPTER 11 |
| CRESCENT ASSOCIATES, LLC., | Case No.: 2:18-bk-20654-WB<br>Adv No: 2:19-ap-01199-WB |
| Debtor(s). | **JUDGMENT** |
| CRESCENT ASSOCIATES, LLC, | Date:    June 23, 2020<br>Time:    2:00 PM<br>Courtroom: 1375 |
| Plaintiff(s), | |
| v. | |
| EPCO CONSULTANTS INC., | |
| Defendant(s). | |

The Court, having granted the Motion for Summary Judgment (the "Motion") [Docket No. 21],

//
//
//
//

-1-

IT IS HEREBY ORDERED that:

1. Judgment is entered in favor of the debtor Crescent Associates, LLC.
2. As to the defendant EPCO Consultants Inc., ("EPCO") on all counts set forth in the Adversary Proceeding, the mechanic's liens against the Properties (as defined by the Order Granting Summary Judgment entered of even date herewith) filed by EPCO are unenforceable and void, and deemed to be expunged, released and discharged as against the Properties, and each of them.
3. As to EPCO on all counts set forth in the Adversary Proceeding, EPCO is judicially estopped from claiming any debt exists relating to EPCO's claim of mechanic's liens.
4. Any claims of EPCO against the proceeds of sale in the Client Trust Account of RMY, or against the other assets or former assets of the debtor, are deemed expunged, released and removed.
5. Any claim of EPCO against the debtor is disallowed in full.
6. Robert M. Yaspan is authorized to release the monies held in its Client Trust Account to the debtor.

### 

Date: August 6, 2020

*Julia W Brand*
Julia W. Brand
United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

10810 National Boulevard, Suite 100, Los Angeles, CA 90064.

A true and correct copy of the foregoing document entitled: **NOTICE OF APPEAL AND STATEMENT OF ELECTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 08/12/2020 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Robert M. Yaspan    court@yaspanlaw.com
United States Trustes (LA)    ustpregion16.la.ecf@usdoj.gov
Raymond H. Aver    ray@averlaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 08/12/2020 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Julie W. Brand
United States Bankruptcy Court/Central District of California
255 E. Temple Street, Suite 1382/Courtroom 1375
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/12/20 | Gary R. Wallace | |
|---|---|---|
| Date | Printed Name | Signature |